# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 239484 |
|---|---|
| Trans | 145594 |

Received From:     **ALLEN BRANCO**
Case Number:
Reference Number:  **CV 01-759SOM**

|  | Check | 99.54 |
|---|---|---|
|  | Total | 99.54 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 99.54 |
|  | **Total** |  | 99.54 |
|  | Tend |  | 99.54 |
|  | Due |  | 0.00 |

05/16/2007 12:26:32 PM     Deputy Clerk: et/DT